FRED S. JAMES & COMPANY, Respondent, *v.* SECOND RUSSIAN INSURANCE COMPANY, Appellant.

(Submitted February 24, 1925; decided March 3, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. Motion to amend remittitur denied (See 239 N. Y. 248.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS G. REGAN, Respondent, *v.* RICHARD E. ENRIGHT, as Police Commissioner of the Police Department of the City of New York, Appellant.

*Appeal — reversal on certiorari of determination of police commissioner — motion to dismiss appeal denied.*

Reported below, 211 App. Div. 868.

(Argued February 24, 1925; decided March 3, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 10, 1924, unanimously reversing on certiorari a determination of the police commissioner of the police department of the city of New York.

The motion was made upon the grounds that permission to appeal had not been obtained and that no constitutional question was involved.

*Julian V. Carabba* for motion.

*George P. Nicholson*, Corporation Counsel (*Charles J. Druhan* of counsel), opposed.

Motion denied, with ten dollars costs.